IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-555-ECM-JTA |
| | ) (WO) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

*Pro se* Plaintiff Devin Pugh filed this action on July 21, 2025. (Doc. No. 1.) As Plaintiff is aware from his numerous previous cases in this District,[1] when filing a new action, he must either file an application for leave to proceed *in forma pauperis* or submit the $350.00 filing fee and $55.00 administrative fee. He did neither.

Accordingly, and for good cause, it is ORDERED as follows:

1. On or before **August 25, 2025**, Plaintiff shall either pay the $350.00 filing fee and $55.00 administrative fee **or** file an application for leave to proceed *in forma pauperis* in this action.

---

[1] Since December 11, 2024, Plaintiff has filed 54 cases in the Middle District of Alabama. In many of them, he failed to pay the filing fee or file a motion for leave to proceed *in forma pauperis*, despite numerous court orders to correct the deficiencies. This pattern of conduct "wastefully diverts significant judicial resources and substantially burdens the court's docket." *Smith v. Thomas*, No. 2:25-cv-311-RAH-JTA, 2025 WL 1738664, at *1 (M.D. Ala. June 23, 2025), *report and recommendation adopted*, No. 2:25-cv-00311-RAH, 2025 WL 1932736 (M.D. Ala. July 14, 2025)

1

2. The Clerk of Court is DIRECTED to send Plaintiff form AO 240 (the short form application for requesting *in forma pauperis* status).[2]

**Plaintiff is expressly cautioned that failure to comply with this Order will result in a recommendation of dismissal with or without prejudice for failure to pay the filing fee and failure to comply with a court order.**

**Plaintiff is further expressly cautioned that failure to comply with this Order may result in a recommendation that he be declared a vexatious litigant and that appropriate measures be instituted to protect against his persistent failure to either file a motion for leave to proceed *in forma pauperis* or pay the filing and administrative fee.**

DONE this 1st day of August, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[2] Form AO 240 may be found on the court's website at https://www.almd.uscourts.gov/forms.